**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 26-1198-JFW(Ex)**                              Date: May 7, 2026

Title:        Song Dow Lee, et al. *-v-* HSBC Bank USA, National Association, et al.

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                                      **None Present**
        **Courtroom Deputy**                                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                    None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: SANCTIONS**

        In Plaintiffs' Opposition to Defendant's Motion to Dismiss, Plaintiffs misrepresent the holdings of several cases, and even include a non-existent quotation.  *See, e.g.,* Opposition at 12 (stating that, "[i]n *BPi Bright Power, Inc. v. Umpqua Holding Corp*., 669 F.Supp.3d 904, 906 (N.D. Cal. 2023), the court recognized that Article 4A 'addresses the mechanics of executing wire transfers and payment orders,' not a bank's pre-contractual representations or its general duty to provide advertised services.").  Even after Defendant pointed out several of Plaintiffs' misrepresentations in its Reply, *see* Docket No. 36 at 11, Plaintiffs failed to correct those misrepresentations in their Proposed Statement of Decision filed on April 15, 2026 (Docket No. 39).  Accordingly, Plaintiffs' counsel are ordered to show cause, in writing, on or before **May 11, 2026**, why this Court should not impose sanctions on counsel in the amount of $2,500.00 and/or dismiss this action.  Plaintiffs' counsel shall file declarations in support of their response to the order to show cause, which shall address, *inter alia*, whether artificial intelligence was used to draft Plaintiffs' Opposition and Proposed Statement of Decision, and what actions counsel took to determine that any of the propositions of law relied on by Plaintiffs were accurate.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.

        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_